# LAW OFFICE OF MARK SCHNEIDER
## Attorneys at Law
### 57 Court Street
### Plattsburgh, NY 12901

www.northcountrylaw.com
dan@northcountrylaw.com

Mark A. Schneider, Esq.*
Daniel C. Cuppett, Esq.**
Heather Maure, Esq.

Tel: (518) 566-6666
Facsimile: (518) 566-6667

*Licensed in NY, VT
** Licensed in NY, MD, WV, OR


U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 28 2010

LAWRENCE K. BAERMAN, Clerk
UTICA

May 17, 2010

Hon. Randolph F. Treece, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway - Room 314
Albany, NY 12207

RE: McKenna v. Himelwright, 8:10-cv-00199-DNH-RFT
LETTER MOTION TO DISMISS

Dear Judge Treece:

The parties to this case have settled all matters in controversy. As such, the Plaintiffs move the Court to dismiss this case and remove it from the docket.

Thank you for your attention to this request. If your honor requires a more formal motion or other action in order to dismiss the matter, please let me know.

Very truly yours,

/s/ Daniel C. Cuppett
Daniel C. Cuppett, Esq.

/dcc
Cc: Defense counsel via ECF
    Ann McArdell via email

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 5-27-10
Utica, NY